IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PROGRESSIVE CASUALTY INSURANCE COMPANY, a foreign insurer,<br><br>                Plaintiff,<br><br>vs.<br><br>DANIEL TOTH, an individual; and JOSE CENDEJAS, an individual,<br><br>                Defendant. | No. 2:24-cv-0508-JCC<br><br>**STIPULATION AND ORDER TO SET ASIDE DEFAULT** |

## I.    STIPULATION

**COMES NOW**, Plaintiff Progressive Casualty Insurance Company and Defendant Jose Cendejas, by and through their undersigned counsel, and hereby Stipulate and Agree that the Order of Default entered against Cendejas (Dkt. at 8) may be set aside and vacated by the Court.

SIGNED this 11th day of June 2024.

| | |
|---|---|
| PFAU COCHRAN VERTETIS AMALA PLLC | LETHER LAW GROUP |
| By: */s/ Kevin M. Hastings*<br>Darrell L. Cochran, WSBA No. 22851<br>Kevin M. Hastings, WSBA No. 42316<br>Patrick A. Brown WSBA No. 56627<br>*Attorneys for Cendejas* | By: */s/ Eric J. Neal*<br>Eric J. Neal, WSBA No. 31863<br>*Attorney for Progressive Casualty Insurance Company* |

STIPULATED MOTION AND [~~PROPOSED~~] ORDER TO SET ASIDE DEFAULT - 1
Case No. 2:24-cv-0508-JCC

LETHER LAW GROUP
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444  F: (206) 467-5544

## II. ORDER

**Based on the foregoing Stipulation, IT IS HEREBY ORDERED** that the Court sets aside and vacates the Clerk's Entry of Default under Dkt. No. 8.

DATED this 12th day of June 2024.

_____
John C. Coughenour
UNITED STATES DISTRICT JUDGE

STIPULATED MOTION AND [~~PROPOSED~~] ORDER
TO SET ASIDE DEFAULT - 2
Case No. 2:24-cv-0508-JCC

LETHER LAW GROUP
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444  F: (206) 467-5544

# CERTIFICATE OF SERVICE

The undersigned hereby certifies under the penalty of perjury under the laws of the United States of America that on this date I caused to be served in the manner noted below a true and correct copy of the foregoing on the following party(ies):

> Darrell L. Cochran
> Kevin M. Hastings
> Pfau Cochran Vertetis Amala PLLC
> 909 A St., Suite 700
> Tacoma, WA 98402
> darrell@pcvalaw.com
> kevin@pcvalaw.com
> *Counsel for Defendant Jose Cendejas*

By: CM/ECF

DATED this 11th day of June 2024.

> */s/ Judy Tustison*
> Judy Tustison, Paralegal

STIPULATED MOTION AND [~~PROPOSED~~] ORDER TO SET ASIDE DEFAULT - 3
Case No. 2:24-cv-0508-JCC

LETHER LAW GROUP
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444  F: (206) 467-5544