THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PROGRESSIVE CASUALTY INSURANCE COMPANY,<br><br>    Plaintiff,<br>  v.<br><br>DANIEL TOTH, *et al.*,<br><br>    Defendants. | CASE NO. C24-0508-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Plaintiff's second unopposed motion to continue Daniel Toth's deadline to answer the complaint (Dkt. No. 16). Plaintiff indicates Defendant Toth has contacted Plaintiff's counsel on two occasions, informing them he is working to retain counsel and requesting an extension to his answer deadline. (*See id.* at 1.) This Court previously granted an extension until July 8, 2024. (*See* Dkt. No. 15 at 1.) As a matter of good faith, Plaintiff has agreed to the second requested extension. Finding good cause, the Court GRANTS the motion. Defendant Toth has until July 22, 2024, to file an answer or otherwise respond to the complaint.

//

MINUTE ORDER
C24-0508-JCC
PAGE - 1

DATED this 17th day of July 2024.

                                                           Ravi Subramanian
                                                           Clerk of Court

                                                           s/Kathleen Albert
                                                           Deputy Clerk